UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MARY MCFEELY,

                    Plaintiff,                    **Case No.: 2:11-cv-3705**

            -against-                             **NOTICE OF SETTLEMENT**

BRACHFELD LAW GROUP, P.C.,

                    Defendant.

        NOW COMES the Plaintiff, MARY MCFEELY, by and through the undersigned

counsel and hereby informs the court that a settlement of the present matter has been

reached and is in the process of finalizing settlement, which Plaintiff anticipates will be

finalized within the next 30 days.

        Plaintiff therefore requests that this honorable Court vacate all dates currently set

on calendar for the present matter.

                            RESPECTFULLY SUBMITTED,


                            By:  /s/ Shireen Hormozdi
                            Shireen Hormozdi
                            Krohn & Moss, Ltd
                            10474 Santa Monica Blvd., Suite 401
                            Los Angeles, CA 90025
                            Phone:  (323) 988-2400 ext. 267
                            Fax:    (866) 802-0021
                            Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2011, I electronically filed the foregoing Notice of

Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said

Notice was electronically submitted to all parties by the Court's CM/ECF system.


/s/ Shireen Hormozdi
Shireen Hormozdi
Attorney for Plaintiff

.